RECEIVED
CLERK'S OFFICE

2007 OCT 11  AM 12:00

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Kenyatti Collins

Vs

Baldwin Co.
Sheriff Office

○ Civil Action
. 42 U.S.C. § 1983
·
·
·

2007 OCT 11  AM 8:37
DEPUTY CLERK
FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

Complaint

5:07-CV-383

I am currently being held
at the Baldwin County Jail on a
charge of theft by recieving stolen
property. I was arrested on August
10, 2007 and have not been indicted
on the charge, nor have I been
taken to court or arraigned on
the charge! In the process I
have lost my job, which I was
payed $10.00 a hour, and I made
$300.00 dollars a week doing lawn
-and- landscaping. If someone
could help me in this matter it
would be highly appreciated!