IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KENYATTI COLLINS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:07-CV-383-HL |
| BALDWIN CO. SHERIFF'S OFFICE, and CODY FREEMAN, | : | |
| Defendants. | : | |

# **ORDER**

Before the Court is a Report and Recommendation (Doc. 11) from United States Magistrate Judge Claude W. Hicks that recommends dismissing the Baldwin Co. Sheriff's Office from this action because it is not a legal entity that is subject to suit. Plaintiff did not file an objection to this Recommendation. Having read and thoroughly considered Judge Hicks's Report and Recommendation, this Court accepts it, and therefore, the Baldwin Co. Sheriff's Office is dismissed.

**SO ORDERED**, this the 14th day of May, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

dhc