IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KENYATTI COLLINS, : | |
| : | |
| Plaintiff, : | |
| : | |
| : | Civil Action No. |
| : | 5:07-CV-383 (HL) |
| v. : | |
| : | |
| CODY FREEMAN, : | |
| : | |
| Defendant. : | |
| _____ : | |

# ORDER

Before the Court is the Recommendation (Doc. 20) entered on February 17, 2010, of United States Magistrate Judge Claude W. Hicks, Jr., in which the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice for failure to prosecute.

Plaintiff has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Plaintiff's case is dismissed with prejudice.

**SO ORDERED**, this the 12th day of May, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

lmc